RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
NOV 2 2 2024
DANIEL J. McCOY, CLERK
BY:_____

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Wayne Smith, DOB: 05/05/1972 | ) | Case No. 5:24-mj-00112 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 7, 2024** in the county of **DeSoto Parish** in the **Western** District of **Louisiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threats |

This criminal complaint is based on these facts:
See Affidavit of Joshua Breland (attached).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Joshua Breland, SSA OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/22/2024

_____
*Judge's signature*

City and state: Shreveport, Louisiana

Mark L. Hornsby, United States Magistrate Judge
*Printed name and title*